# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00733-CV

**In re Gary Oatman**

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M  O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 6, 2019